No. 151. CITY OF FORT SMITH, ARKANSAS, ET AL. *v.* SOUTHWESTERN BELL TELEPHONE COMPANY. Appeal from the District Court of the United States for the Western District of Arkansas. Argued January 19, 20, 1926. Decided January 25, 1926. *Per Curiam.* Affirmed with costs, upon the authority of *Newton* v. *Consolidated Gas Co.,* 258 U. S. 165, 175; *Galveston Electric Co.* v. *City of Galveston,* 258 U. S. 388, 395; *State of Missouri ex rel. Southwestern Bell Telephone Co.* v. *Public Service Commission of Missouri,* 262 U. S. 276, 287; *Georgia Ry. & Power Co.* v. *Railroad Commission of Georgia,* 262 U. S. 625, 631; *Bluefield Water Works & Improvement Co.* v. *Public Service Commission of West Virginia,* 263 U. S. 679, 690. *Mr. Vincent M. Miles,* with whom *Mr. Thomas B. Pryor* was on the brief, for appellants. *Mr. E. W.*

*Clausen,* with whom *Messrs. J. W. Jamison* and *C. M. Bracelen* were on the brief, for appellee.